

# NUMBER 13-21-00227-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

MADERA'S FAVOR OF GOD, LLC
D/B/A PAYLESS PLUMBING SERVICES
(INCORRECTLY NAMED PAYLESS
PLUMBING SERVICES, INC.),                                          **Appellant,**

**v.**

GREAT AMERICAN INSURANCE GROUP
A/S/O SHARYLAND I.S.D.,                                          **Appellee.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's first amended motion to dismiss

appeal. Appellant asks that costs be assessed against the party incurring the same and

has conferred with the appellee's counsel and they indicated agreement with the motion. The Court, having considered appellant's unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a).

Accordingly, appellant's unopposed motion to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the party incurring the same. *See id.* R. 42.1(d).

GINA M. BENAVIDES
Justice

Delivered and filed on the
14th day of October, 2021.